

RECEIVED

SEP 2 2 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ROY MILTON | CIVIL ACTION NO. 14-0061<br>SEC. P |
| VS. | JUDGE DONALD E. WALTER |
| RICHARD TOWNSEND, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Motion to Dismiss for failure to state a claim upon which relief can be granted, [doc. # 12], filed by Defendants Sheriff Ricky Jones, Deputy Warden Fred Schoonover, and Warden John Smith is **GRANTED IN PART** and that Plaintiff's punitive damage claim against the Moving Defendants is hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Moving Defendants' Motion, [doc. # 12], is otherwise **DENIED**.

THUS DONE AND SIGNED in chambers, this 22 day of September 2014, Shreveport, Louisiana.

Donald E. Walter
United States District Judge