RECEIVED
JAN 1 5 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ROY MILTON** | **CIVIL ACTION NO. 14-0061**<br>**SEC. P** |
| **VS.** | **JUDGE DONALD E. WALTER** |
| **RICHARD TOWNSEND, ET AL.** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Defendants' Motion for Sanctions, [doc. # 50], is **GRANTED** and that Plaintiff's Complaint, [doc. #s 1; 8], is **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED in chambers, this 15 day of January, 2015, Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE